417 A.2d 780

Commonwealth v. Elliott, Appellant.

Submitted May 7, 1979. Thomas J. Ridge, for appellant; Robert S. Bailey, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.